UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Juan M. Martinez,

       Petitioner,

v.                                                      ORDER
                                                        Civil No. 12-2177

Scott P. Fisher, Warden,

       Respondent.

_____

       Petitioner, *pro se*.

       Lonnie F. Bryan, Assistant United States Attorney, Counsel for
Respondent.

_____

       This matter is before the Court upon Petitioner's objections to Magistrate

Judge Boylan's Order dated September 11, 2012 [Doc. No. 3] dismissing the

habeas petition without prejudice; allowing Petitioner the opportunity to replead

and pay the required partial filing fee; and notifying Petitioner that failure to

comply will result in a recommendation to dismiss without prejudice.  The Court

will treat the Magistrate Judge's Order as a Report and Recommendation, and

conduct a *de novo* review.  Based on such review, the Court will adopt the

Magistrate Judge's findings and order as follows:

IT IS HEREBY ORDERED that to the extent Petitioner asserts claims under 28 U.S.C. § 2241, such claims are dismissed with prejudice.  Petitioner may file a non-habeas, civil pleading in this case that complies with the pleading requirements prescribed in Fed. R. Civ. P. 8-11 and Local Rule 9.3.  If Petitioner elects to file such a pleading, Petitioner must include with this filing an initial partial filing fee in the amount of $89.71.  Failure to comply with the above on or before 30 days from the date of this Order will result in dismissal of this action without prejudice.

Date:    October 31, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court